## (April 29, 1948.)

MITCHELL KENNERLEY, JR., et al., on Behalf of Themselves and Other Similarly Situated Consumers of Telephone Service Supplied by the New York Telephone Company, Appellants, v. NEW YORK TELEPHONE COMPANY, Respondent.— Judg-

ment and order unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See 274 App. Div. 763.]